**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:25-CR-00341-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SIRKEAMEO VANDRELL JOHNSON (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 62] having been considered, together with the written objections thereto filed with this Court [Doc. No. 65], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Defendant Sirkeameo Vandrell Johnson's Motion to Suppress is **DENIED**.

MONROE, LOUISIANA, this 2nd day of September, 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE